# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LIBORIUS IHECHERE AGWARA, | |
| Appellant, | 2:15-cv-01465-RCJ |
| vs. | **ORDER** |
| VICTORIA L. NELSON et al., | |
| Appellees. | |

This case is an appeal from the bankruptcy court. On January 26, 2016, the Court entered an order requiring Appellant Liborius Ihechere Agwara to show cause why his appeal should not be dismissed for failure to prosecute. (*See* Order, ECF No. 11). The same day, Appellant filed a response requesting dismissal of his appeal because he decided to abandon it. (*See* Resp., ECF No. 12). The Court dismisses the appeal without prejudice.

## CONCLUSION

IT IS HEREBY ORDERED that the appeal is dismissed, and the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 29th day of June, 2016.

_____
ROBERT C. JONES
United States District Judge

1